# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| NOBELBIZ, INC., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:12-cv-00244-MHS |
| | § | |
| v. | § | |
| | § | |
| GLOBAL CONNECT, L.L.C. | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT GLOBAL CONNECT, L.L.C.'S
## NOTICE OF DISCLOSURES OF INVALIDITY CONTENTIONS AND
## ACCOMPANYING DOCUMENT PRODUCTION

Please take notice that under P.R. 3-3 and 3-4 and the April 19, 2013 Scheduling and Discovery Order for Trial on the Merits, Section I (Doc.#70), Defendant Global Connect, LLC hereby notifies the Court that, on April 26, 2013, it served its Disclosures of Invalidity Contentions and Accompanying Document Production to Plaintiff.

Respectfully submitted,

**GREENBERG TRAURIG LLP**

*/s/ Ross Spencer Garsson*
Gregory J. Casas
Texas Bar No. 00787213
Ross Spencer Garsson
Texas Bar No. 00784112
300 West 6th Street, Suite 2050
Austin, Texas 78701
Telephone: 512.320.7200
Facsimile: 512.320.7210

*Attorneys for Defendant*
*Global Connect, LLC*

1

*LV 419985454v1*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 26th day of April 2013, counsel of record who are deemed to have consented to electronic service are being serviced with a copy of this document via electronic mail. A copy of this document is also being sent to counsel for TCN, Inc.

                                           /s/Ross Spencer Garsson
                                           Ross Spencer Garsson