# EXHIBIT 5

# Ex. A

# Global Connect's Representative Claim Chart (Invalidity) For Global Connect's 2004 System

Under the proper construction of the terms in the claims of the '122 Patent, the Global Connect system does not practice (and infringe) any of '122 Patent claims. However, under Plaintiff's apparent construction of the terms in the claims of the '122 Patent, the claims of the '122 Patent are invalid in view of Global Connect's 2004 System, as represented in the charts below.

| Claim 1 of '122 Patent | Global Connect's 2004 System[1] |
|---|---|
| 1. A system for processing an outbound call from a call originator to a call target, the system comprising: | If Global Connect's current system is a system falling within the scope of this preamble as NobelBiz contends (*see* Ex. B., p. 8, to Plaintiff's Disclosure of Asserted Claims and Infringement Contentions With Accompanying Document Production, served on March 18, 2013 ("Plaintiff's P.R. 3-1 Disclosures")), than so is Global Connect's system circa 2004 ("Global Connect's 2004 System"). <br><br> Using Global Connect's 2004 System, Global Connect has provided web-based voice messaging to deliver personalized voice messages quickly and cost-effectively. Declaration of Darrin Bird,[2] at ¶¶ 6-7. Global Connect provided these services utilizing Global Connect's 2004 system. Bird Decl., at ¶¶ 7 & 17. Global Connect's 2004 System used a Voice Over Internet Protocol ("VoIP") to deliver prerecorded voice messages to designated telephone numbers over the Internet. Bird Decl., at ¶¶ 7 & 17. *See also* Bird Decl., Attachment D, at pp. 14-17. |
| [a] a database storing a plurality of outgoing telephone numbers | If Global Connect's current system is a system falling within the scope of this limitation (element 1[a]) as NobelBiz contends (*see* Ex. B., p. 8, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System. <br><br> In August 2004 (and earlier), Global Connect had clients that had regional call back numbers. Bird Decl., at ¶¶ 16 & 19-22. These numbers were stored in databases, including in Global Connect's 2004 system. Bird Decl., at ¶¶ 16, 19-22, & 25. *See also* Bird Decl., Attachment D, at pp. 3 & 8-10. |
| [b] an information processor controlled by the call originator and configured to process a trigger comprising a telephone number of the call target; | If Global Connect's current system is a system falling within the scope of this limitation (element 1[b]) as NobelBiz contends (*see* Ex. B., p. 8, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System. <br><br> By way of example, in August 2004, Global Connect's client Dovetail Consulting scheduled a broadcast of a prerecorded message to be sent on August 14, 2004 to residences in the 732 area code and in the 973 area code. Bird Decl., at ¶ 20. On August 14, 2004, this scheduled broadcast was made by Global Connect's 2004 System from Global Connect's Philadelphia data center. Bird Decl., at ¶¶ 20, 23 & Attachment B. During this broadcast, Global Connect's 2004 System (a) sent the |

---

[1] To avoid any confusion in reference to Global Connect's System, Global Connect has referred to its system that was in use by Global Connect in September 2004 as "Global Connect's 2004 System." Nonetheless, this is the same system and performs the same processes. Bird Decl. ¶ 17. Information regarding Global Connect's System, including Global Connect's 2004 System, is found at Bates Nos. GC000434-GC000833.

[2] The Declaration of Darrin Bird ("Bird Decl.") and its attachments are at Bates Nos. GC000453-GC000512.

| | |
|---|---|
| | prerecorded message via VoIP telephone calls (each having a caller ID of 732-933-1934) to the residences in the 732 area code and (b) sent the prerecorded message via VoIP telephone calls (each having a caller ID of 973-244-8046) to the residences in the 973 area code. Bird Decl., at ¶ 20 & Attachment B. Global Connect's 2004 System originated and sent these calls using the same method as being used today by Global Connect's System. Bird Decl., at ¶ 17. *See also* Bird Decl., Attachment D, at pp. 14 & 16. |
| [c] access the database to select a replacement telephone number from the plurality of outgoing telephone numbers based on at least an area code of the telephone number of the call target; | If Global Connect's current system is a system falling within the scope of this limitation (element 1[c]) as NobelBiz contends (*see* Ex. B., pp. 8-9, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System. On or before September 2004, in a number of instances, a client and/or Global Connect employee(s) would review the client's call list and determined which of the client's call back numbers would be used as the caller ID for each designated telephone number on the client's list. Bird Decl., at ¶ 25. This information would then be entered into Global Connect's system so that, when a broadcast was made, Global Connect's system could originate each call with the corresponding caller ID. Bird Decl., at ¶ 25. This "review and determination" process was done by a user while he or she was using Global Connect's 2004 system. Bird Decl., at ¶ 25. *See also* Bird Decl., Attachment D, at 14-16. By way of example, the call list of the broadcast could be separated into sub-groups by area code. The client or Global Connect employee(s) could then review and determine the appropriate caller ID (*i.e.*, a call back number from the client's list of call back numbers that had the same area code for that subgroup) and enter that caller ID number onto Global Connect's 2004 System for that subgroup. Bird Decl., Attachment D, at p. 16. This review and determination process was repeated for each sub-group. After the caller IDs were set for each subgroup, a broadcast could then be scheduled that combined all the sub-groups for the broadcast. Bird Decl., Attachment D, at p. 23. For instance, this review and determination process was done for an August 14, 2004 broadcast that was made using Global Connect's 2004 system for Global Connect's client Dovetail Consulting. NB0035944-45 Bird Decl., at ¶¶ 20, 23 & Attachment B. |
| [d] modify caller identification data of the call originator to the selected replacement telephone number, the selected telephone number having at least an area code the same as an area code of the telephone number of the call target; and | If Global Connect's current system is a system falling within the scope of this limitation (element 1[d]) as NobelBiz contends (*see* Ex. B., p. 9, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System. By way of example, in August 2004, Global Connect's client Dovetail Consulting scheduled a broadcast of a prerecorded message to be sent on August 14, 2004 to residences in the 732 area code and in the 973 area code. Bird Decl. at ¶ 20. On August 14, 2004, this scheduled broadcast was made by Global Connect's 2004 system from Global Connect's Philadelphia data center. Bird Decl. at 20, 23 & Attachment B. During this broadcast, Global Connect's 2004 system (a) sent the prerecorded message via VoIP telephone calls (each having a caller ID of 732-933-1934) to the residences in the 732 area code and (b) sent the prerecorded message via VoIP telephone calls (each having a caller ID of 973-244-8046) to the residences in the 973 area code. Bird Decl. at ¶ 20 & Attachment B. Global Connect's 2004 system originated and sent these calls using the same method as being used today by Global Connect's system. Bird Decl. at ¶ 17. *See also* Bird Decl., Attachment D, at pp. 14-16. |
| [e] transmit the modified caller identification data of | If Global Connect's current system is a system falling within the scope of this limitation (element 1[e]) as NobelBiz contends |

| | |
|---|---|
| the call originator to the call target | (*see* Ex. B., pp. 9-10, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br><br>By way of example, in August 2004, Global Connect's client Dovetail Consulting scheduled a broadcast of a prerecorded message to be sent on August 14, 2004 to residences in the 732 area code and in the 973 area code. Bird Decl. at ¶ 20. On August 14, 2004, this scheduled broadcast was made by Global Connect's 2004 system from Global Connect's Philadelphia data center. Bird Decl. at 20, 23 & Attachment B. During this broadcast, Global Connect's 2004 system (a) sent the prerecorded message via VoIP telephone calls (each having a caller ID of 732-933-1934) to the residences in the 732 area code and (b) sent the prerecorded message via VoIP telephone calls (each having a caller ID of 973-244-8046) to the residences in the 973 area code. Bird Decl. at ¶ 20 & Attachment B. Global Connect's 2004 system originated and sent these calls using the same method as being used today by Global Connect's system. Bird Decl. at ¶ 17. *See also* Bird Decl., Attachment D, at pp. 16, & 22-23. |

| **Claim 2 of '122 Patent** | **Global Connect's 2004 System** |
|---|---|
| 2. The system of claim 1, wherein | If Global Connect's current system is a system falling within the scope of Claim 1 as NobelBiz contends (*see* Ex. B., pp. 8-10, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System.<br><br>*See* chart for Claim 1 above, which is incorporated in this response. |
| the system is embedded in one of a carrier network, a private branch exchange, and a communications device. | If Global Connect's current system is a system falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., p. 10, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br><br>Global Connect's 2004 System used a Voice Over Internet Protocol ("VoIP") to deliver prerecorded messages to designated phone numbers over Internet Protocol networks, such as the Internet. Bird Decl. at ¶ 17. *See also* Bird Decl., Attachment D, at 3. |

| **Claim 3 of '122 Patent** | **Global Connect's 2004 System** |
|---|---|
| 3. The system of claim 2, wherein | If Global Connect's current system is a system falling within the scope of Claims 1 and 2 as NobelBiz contends (*see* Ex. B., pp. -10, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System.<br><br>*See* charts for Claims 1 and 2 above, which are incorporated in this response. |
| the communications device is one of a telephone, a VoIP phone, and a VoIP soft | If Global Connect's current system is a system falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., p. 10, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br><br>Global Connect's 2004 System used VoIP to deliver prerecorded messages to designated phone numbers over Internet Protocol |

| phone. | networks, such as the Internet. Bird Decl. at ¶ 17. *See also* Bird Decl., Attachment D, at 3. |
|---|---|

| **Claim 4 of '122 Patent** | **Global Connect's 2004 System** |
|---|---|
| 4. The system of claim 1, wherein | If Global Connect's current system is a system falling within the scope of Claim 1 as NobelBiz contends (*see* Ex. B., pp. 8-10, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System.<br><br>*See* chart for Claim 1 above, which is incorporated in this response. |
| the system is embedded in one of a corporate phone system, a predictive dialer, and a call distribution system. | If Global Connect's current system is a system falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., p. 11, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br><br>Global Connects 2004 System was a system used to provide web-based voice messaging. This system broadcasted voice messages using VoIP to deliver prerecorded messages to designated phone numbers over Internet Protocol networks, such as the Internet. Bird Decl. at ¶¶ 16-17. *See also* Bird Decl., Attachment D, at 3. |

| **Claim 5 of '122 Patent** | **Global Connect's 2004 System** |
|---|---|
| 5. The system of claim 1, wherein | If Global Connect's current system is a system falling within the scope of Claim 1 as NobelBiz contends (*see* Ex. B., pp. 8-10, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System.<br><br>*See* chart for Claim 1 above, which is incorporated in this response. |
| the selected replacement telephone number has an area code and a prefix the same as an area code and a prefix of the telephone number of the call target. | If Global Connect's current system is a system falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., p. 11, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br><br>Global Connect's 2004 System provides a caller ID that is a telephone number that, when called, is directed back to the client who scheduled the broadcast (the caller ID is a call back number for the client). Global Connect's 2004 System can set any number for the caller ID at the time the call is originated, which number is never changed thereafter. Global Connect's 2004 System can (and often does) set the caller ID that is in the same region as the corresponding designated telephone number. This can be the same area code and prefix as the telephone number being called for a particular call made during a broadcast. Bird Decl. at ¶¶ 12-18. *See also* Bird Decl., Attachment D, at pp. 14-16. |

| **Claim 6 of '122 Patent** | **Global Connect's 2004 System** |
|---|---|

| | |
|---|---|
| 6. A computer for processing a call originated by a call originator to a call target, the computer comprising: | If Global Connect's current system is a computer system falling within the scope of this preamble as NobelBiz contends (*see* Ex. B., p. 11, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System.<br>Global Connect incorporates its response to the preamble of Claim 1 in the above chart herein. |
| [a] memory having at least one region for storing computer executable program code; and | If Global Connect's current system is a computer system falling within the scope of this limitation (element 6[a]) as NobelBiz contends (*see* Ex. B., p. 11, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br>Global Connect's 2004 System is a computer system having memory for storing computer executable program code. Bird Decl., Attachment D, at pp. 8-23 & 41. |
| [b] processor for executing the program code stored in the memory, wherein the program code comprises: | If Global Connect's current system is a computer system falling within the scope of this limitation (element 6[b]) as NobelBiz contends (*see* Ex. B., p. 11, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br>Global Connect's 2004 System is a computer system having a processor for executing program code stored in the memory. Bird Decl., Attachment D at pp. 8-23 & 41. |
| [i] code for processing a telephone number of the call target; | If Global Connect's current system is a computer system falling within the scope of this limitation (element 6[b][i]) as NobelBiz contends (*see* Ex. B., p. 12, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br>Global Connect's 2004 System is a computer system having a processor for executing program code stored in which the code can process a telephone number of the call target. Bird Decl., Attachment D, at pp. 8-21. |
| [ii] code for accessing a database storing a plurality of outgoing telephone numbers; | If Global Connect's current system is a computer system falling within the scope of this limitation (element 6[b][ii]) as NobelBiz contends (*see* Ex. B., p. 12, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br>Global Connect incorporates its response to the element 1[b] of Claim 1 in the above chart herein. |
| [iii] code for selecting a replacement telephone number from the plurality of outgoing telephone numbers based on at least a portion of the telephone number of the call target; | If Global Connect's current system is a computer system falling within the scope of this limitation (element 6[b][iii]) as NobelBiz contends (*see* Ex. B., p. 12, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br>Global Connect incorporates its response to the element 1[a] of Claim 1 in the above chart herein. |
| [iv] code for modifying caller identification data of the call originator to the selected replacement telephone number, the selected | If Global Connect's current system is a computer system falling within the scope of this limitation (element 6[b][iv]) as NobelBiz contends (*see* Ex. B., p. 12, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br>Global Connect incorporates its response to the element 1[d] of Claim 1 in the above chart herein. |

| | |
|---|---|
| replacement telephone number having an area code from a geographic region the same as a geographic region of an area code of the telephone number of the call target; and | |
| [v] code for transmitting the modified caller identification data of the call originator to the call target. | If Global Connect's current system is a computer system falling within the scope of this limitation (element 6[b][v]) as NobelBiz contends (*see* Ex. B., p. 12, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br><br>Global Connect incorporates its response to the element 1[e] of Claim 1 in the above chart herein. |

| **Claim 7 of '122 Patent** | **Global Connect's 2004 System** |
|---|---|
| 7. The computer of claim 6, wherein | If Global Connect's current system is a computer system falling within the scope of Claim 6 as NobelBiz contends (*see* Ex. B., pp. 11-12, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System.<br><br>*See* chart for Claim 6 above, which is incorporated in this response. |
| the selected replacement telephone number has at least an area code the same as an area code of the telephone number of the call target. | If Global Connect's current system is a computer system falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., pp. 12-13, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br><br>Global Connect incorporates its response to the element 1[d] of Claim 1 in the above chart herein. |

| **Claim 8 of '122 Patent** | **Global Connect's 2004 System** |
|---|---|
| 8. The computer of claim 6, wherein | If Global Connect's current system is a computer system falling within the scope of Claim 6 as NobelBiz contends (*see* Ex. B., pp. 11-12, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System.<br><br>*See* chart for Claim 6 above, which is incorporated in this response. |
| the geographic region is one of a state and other municipality smaller than a | If Global Connect's current system is a computer system falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., p. 13, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System. |

| | |
|---|---|
| state. | Global Connect incorporates its response to the element 1[d] of Claim 1 in the above chart herein. *See also* Bird Decl., Attachment D. |

| **Claim 9 of '122 Patent** | **Global Connect's 2004 System** |
|---|---|
| 9. The computer of claim 6, wherein | If Global Connect's current system is a computer system falling within the scope of Claim 6 as NobelBiz contends (*see* Ex. B., pp. 11-12, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System.<br><br>*See* chart for Claim 6 above, which is incorporated in this response. |
| the area code of the selected replacement telephone number is associated with a state different from a state associated with the area code of the telephone number of the call target. | If Global Connect's current system is a computer system falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., p. 13, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br><br>Global Connect's 2004 System provides a caller ID that is a telephone number that, when called, is directed back to the client who scheduled the broadcast (the caller ID is a call back number for the client). Global Connect's 2004 System can set any number for the caller ID at the time the call is originated, which number is never changed thereafter. This number could be (and sometimes is) area code an associated with a state different from a state associated with the area code of the telephone number of the call target. Bird Decl. at ¶¶ 12-18. *See also* Bird Decl., Attachment D. |

| **Claim 10 of '122 Patent** | **Global Connect's 2004 System** |
|---|---|
| 10. The computer of claim 6, wherein | If Global Connect's current system is a computer system falling within the scope of Claim 6 as NobelBiz contends (*see* Ex. B., pp. 11-12, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System.<br><br>*See* chart for Claim 6 above, which is incorporated in this response. |
| the selected replacement telephone number has an area code and a prefix the same as an area code and prefix of the telephone number of the call target. | If Global Connect's current system is a computer system falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., p. 13, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br><br>Global Connect incorporates its response to Claim 5 in the above chart herein. |

| **Claim 11 of '122 Patent** | **Global Connect's 2004 System** |
|---|---|

| 11. The computer of claim 6, wherein | If Global Connect's current system is a computer system falling within the scope of Claim 6 as NobelBiz contends (*see* Ex. B., pp. 11-12, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System. *See* chart for Claim 6 above, which is incorporated in this response. |
|---|---|
| the area code and prefix of the selected replacement telephone number corresponds to a geographic region the same as the area code and prefix of the telephone number of the call target. | If Global Connect's current system is a computer system falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., p. 13, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System. Global Connect incorporates its response to Claim 5 in the above chart herein. |

| **Claim 12 of '122 Patent** | **Global Connect's 2004 System** |
|---|---|
| 12. The computer of claim 11, wherein | If Global Connect's current system is a computer system falling within the scope of Claims 6 and 11 as NobelBiz contends (*see* Ex. B., pp. 11-13, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System. *See* charts for Claims 6 and 11 above, which are incorporated in this response. |
| the geographic region is one of a state and other municipality smaller than a state. | If Global Connect's current system is a computer system falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., p. 14, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System. Global Connect incorporates its response to Claim 8 in the above chart herein. |

| **Claim 13 of '122 Patent** | **Global Connect's 2004 System** |
|---|---|
| 13. The computer of claim 6, wherein | If Global Connect's current system is a computer system falling within the scope of Claim 6 as NobelBiz contends (*see* Ex. B., pp. 11-12, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System. *See* chart for Claim 6 above, which is incorporated in this response. |
| the computer is embedded in one of a carrier network, a private branch exchange, and | If Global Connect's current system is a computer system falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., p. 14 to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System. |

| a communications device. | Global Connect incorporates its response to Claim 2 in the above chart herein. |

| Claim 14 of '122 Patent | Global Connect's 2004 System |
|---|---|
| 14. The computer of claim 13, wherein | If Global Connect's current system is a computer system falling within the scope of Claims 6 and 13 as NobelBiz contends (*see* Ex. B., pp. 11-12 and 14, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System.<br><br>*See* charts for Claims 6 and 13 above, which are incorporated in this response. |
| the communications device is one of a telephone, a VoIP phone, and a VoIP soft phone. | If Global Connect's current system is a computer system falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., p. 14, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br><br>Global Connect incorporates its response to Claim 3 in the above chart herein. |

| Claim 15 of '122 Patent | Global Connect's 2004 System |
|---|---|
| 15. The computer of claim 6, wherein | If Global Connect's current system is a computer system falling within the scope of Claim 6 as NobelBiz contends (*see* Ex. B., p. pp. 11-12, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System.<br><br>*See* chart for Claim 6 above, which is incorporated in this response. |
| the computer is embedded in one of a corporate phone system, a predictive dialer, and a call distribution system. | If Global Connect's current system is a computer system falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., p. 14, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br><br>Global Connect incorporates its response to Claim 4 in the above chart herein. |

| Claim 16 of '122 Patent | Global Connect's 2004 System |
|---|---|
| 16. A computer implemented method for processing a call originated by a call originator to a call target comprising: | If Global Connect's current system is a computer system having an implemented method falling within the scope of this preamble as NobelBiz contends (*see* Ex. B., pp. 14-15, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System.<br><br>Global Connect incorporates its response to the preamble of Claim 1 in the above chart herein. |

| | |
|---|---|
| [a] processing a trigger in the form of a telephone number of the call target; | If Global Connect's current system is a computer system having an implemented method falling within the scope of this limitation (element 16[a]) as NobelBiz contends (*see* Ex. B., p. 15, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br><br>Global Connect incorporates its response to the element 1[b] of Claim 1 in the above chart herein. |
| [b] accessing a database storing a plurality of outgoing telephone numbers; | If Global Connect's current system is a computer system having an implemented method falling within the scope of this limitation (element 16[b]) as NobelBiz contends (*see* Ex. B., p. 15, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br><br>Global Connect incorporates its response to the element 1[a] of Claim 1 in the above chart herein. |
| [c] selecting a replacement telephone number from the plurality of outgoing telephone numbers based on at least a portion of the telephone number of the call target; | If Global Connect's current system is a computer system having an implemented method falling within the scope of this limitation (element 16[c]) as NobelBiz contends (*see* Ex. B., p. 15, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br><br>Global Connect incorporates its response to the element 1[c] of Claim 1 in the above chart herein. |
| [d] modifying caller identification data of the call originator to the selected replacement telephone number, the selected replacement telephone number having an area code from a geographic region the same as a geographic region of an area code of the telephone number of the call target; and | If Global Connect's current system is a computer system having an implemented method falling within the scope of this limitation (element 16[d]) as NobelBiz contends (*see* Ex. B., p. 15, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br><br>Global Connect incorporates its response to the element 1[d] of Claim 1 in the above chart herein. |
| transmitting the modified caller identification data of the call originator to the call target. | If Global Connect's current system is a computer system having an implemented method falling within the scope of this limitation (element 16[d]) as NobelBiz contends (*see* Ex. B., p. 15, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br><br>Global Connect incorporates its response to the element 1[e] of Claim 1 in the above chart herein. |

| Claim 17 of '122 Patent | Global Connect's 2004 System |
|---|---|
| 17. The method of claim 16, wherein | If Global Connect's current system is a computer system having an implemented method falling within the scope of Claim 16 as NobelBiz contends (*see* Ex. B., pp. 14-15, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System.<br><br>*See* chart for Claim 16 above, which is incorporated in this response. |
| the selected replacement telephone number has at least an area code the same as an area code of the telephone number of the call target. | If Global Connect's current system is a computer system having an implemented method falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., pp. 15-16, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br><br>Global Connect incorporates its response to the element 1[d] of Claim 1 in the above chart herein. |

| Claim 18 of '122 Patent | Global Connect's 2004 System |
|---|---|
| 18. The method of claim 16, wherein | If Global Connect's current system is a computer system having an implemented method falling within the scope of Claim 16 as NobelBiz contends (*see* Ex. B., pp. 14-15to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System.<br><br>*See* chart for Claim 16 above, which is incorporated in this response. |
| the geographic region is one of a state and other municipality smaller than a state. | If Global Connect's current system is a computer system having an implemented method falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., p. 16, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System.<br><br>Global Connect incorporates its response to Claim 8 in the above chart herein. |

| Claim 19 of '122 Patent | Global Connect's 2004 System |
|---|---|
| 19. The method of claim 16, wherein | If Global Connect's current system is a computer system having an implemented method falling within the scope of Claim 16 as NobelBiz contends (*see* Ex. B., pp. 14-15, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System.<br><br>*See* chart for Claim 16 above, which is incorporated in this response. |
| the selected replacement telephone number has an area code and a prefix the same as an area code and a prefix of | If Global Connect's current system is a computer system having an implemented method falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., p. 16, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System. |

| the telephone number of the call target. | Global Connect incorporates its response to Claim 5 in the above chart herein. |
|---|---|

| **Claim 20 of '122 Patent** | **Global Connect's 2004 System** |
|---|---|
| 20. The method of claim 16, wherein | If Global Connect's current system is a computer system having an implemented method falling within the scope of Claim 16 as NobelBiz contends (*see* Ex. B., pp. 14-15, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System. *See* chart for Claim 16 above, which is incorporated in this response. |
| the area code and prefix of the selected replacement telephone number corresponds to a geographic region the same as an area code and a prefix of the telephone number of the call target. | If Global Connect's current system is a computer system having an implemented method falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., p. 16, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System. Global Connect incorporates its response to Claim 5 in the above chart herein. |

| **Claim 21 of '122 Patent** | **Global Connect's 2004 System** |
|---|---|
| 21. The method of claim 20, wherein | If Global Connect's current system is a computer system having an implemented method falling within the scope of Claims 16 and 20 as NobelBiz contends (*see* Ex. B., pp. 14-16, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System. *See* charts for Claims 16 and 20 above, which are incorporated in this response. |
| the geographic region is one of a state and other municipality smaller than a state. | If Global Connect's current system is a computer system having an implemented method falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., p. 16, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System. Global Connect incorporates its response to Claim 8 in the above chart herein. |

| Claim 22 of '122 Patent | Global Connect's 2004 System |
|---|---|
| 22. The method of claim 16, wherein | If Global Connect's current system is a computer system having an implemented method falling within the scope of Claim 16 as NobelBiz contends (*see* Ex. B., p. pp. 14-15, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System. *See* chart for Claim 16 above, which is incorporated in this response. |
| the method is performed in one of a carrier network, a private branch exchange, and a communications device. | If Global Connect's current system is a computer system having an implemented method falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., pp. 16-17, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System. Global Connect incorporates its response to Claim 2 in the above chart herein. |

| Claim 23 of '122 Patent | Global Connect's 2004 System |
|---|---|
| 23. The method of claim 22, wherein | If Global Connect's current system is a computer system having an implemented method falling within the scope of Claims 16 and 22 as NobelBiz contends (*see* Ex. B., pp. 14-15 and 17, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System. *See* charts for Claims 16 and 22 above, which are incorporated in this response. |
| the communications device is one of a telephone, a VoIP phone, and a VoIP soft phone. | If Global Connect's current system is a computer system having an implemented method falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., p. 17, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 System. Global Connect incorporates its response to Claim 3 in the above chart herein. |

| Claim 24 of '122 Patent | Global Connect's 2004 System |
|---|---|
| 24. The method of claim 16, wherein | If Global Connect's current system is a computer system having an implemented method falling within the scope of Claim 16 as NobelBiz contends (*see* Ex. B., pp. 14-15, to Plaintiff's P.R. 3-1 Disclosures), than so is Global Connect's 2004 System. *See* chart for Claim 16 above, which is incorporated in this response. |
| the method is performed in one of a corporate phone system, a predictive dialer, | If Global Connect's current system is a computer system having an implemented method falling within the scope of this limitation as NobelBiz contends (*see* Ex. B., p. 17, to Plaintiff's P.R. 3-1 Disclosures), than so does Global Connect's 2004 |

| | |
|---|---|
| and a call distribution system. | System. Global Connect incorporates its response to Claim 4 in the above chart herein. |