IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NOBELBIZ, INC. <br><br> v. <br><br> GLOBAL CONNECT, L.L.C. | § § § § § § § | Case No. 6:12-cv-244-RWS (LEAD CASE) <br><br> Case No. 6:13-cv-804 <br> (Consolidated with 6:12-cv-244) |
| NOBELBIZ, INC. <br><br> v. <br><br> T C N, INC. | § § § § § § § | Case No. 6:12-cv-247-RWS (LEAD CASE) <br><br> Case No. 6:13-cv-805 <br> (Consolidated with 6:12-cv-247) |

## **VERDICT FORM**

In answering these questions, you are to follow the instructions I have given you in the Court's Charge. As you proceed through this verdict form follow the directions that have been provided to you in italics.

## QUESTION NO. 1

1A. Has NobelBiz proven by a preponderance of the evidence that Global Connect infringed, either literally or under the doctrine of equivalents, any of the following claims of U.S. Patent No. 8,135,122?

*Answer "Yes" or "No" on each line.*

|          | Literal Infringement? | Doctrine of Equivalents? |
|----------|-----------------------|--------------------------|
| Claim 1  |                       | Yes                      |
| Claim 6  |                       | Yes                      |
| Claim 9  |                       | Yes                      |
| Claim 16 |                       | Yes                      |
| Claim 24 | Yes                   |                          |

1B. Has NobelBiz proven by a preponderance of the evidence that Global Connect infringed, either literally or under the doctrine of equivalents, any of the following claims of U.S. Patent No. 8,565,399?

*Answer "Yes" or "No" on each line.*

|         | Literal Infringement? | Doctrine of Equivalents? |
|---------|-----------------------|--------------------------|
| Claim 1 |                       | Yes                      |
| Claim 2 | Yes                   |                          |
| Claim 4 | Yes                   |                          |
| Claim 6 |                       | Yes                      |
| Claim 7 |                       | Yes                      |

1C. Has NobelBiz proven by a preponderance of the evidence that TCN infringed, either literally or under the doctrine of equivalents, any of the following claims of U.S. Patent No. 8,135,122?

*Answer "Yes" or "No" on each line.*

|          | Literal Infringement? | Doctrine of Equivalents? |
|----------|-----------------------|--------------------------|
| Claim 1  |                       | Yes                      |
| Claim 5  | Yes                   |                          |
| Claim 6  |                       | Yes                      |
| Claim 10 | Yes                   |                          |
| Claim 24 | Yes                   |                          |

1D. Has NobelBiz proven by a preponderance of the evidence that TCN infringed, either literally or under the doctrine of equivalents, any of the following claims of U.S. Patent No. 8,565,399?

*Answer "Yes" or "No" on each line.*

|         | Literal Infringement? | Doctrine of Equivalents? |
|---------|-----------------------|--------------------------|
| Claim 1 |                       | Yes                      |
| Claim 2 | Yes                   |                          |
| Claim 4 | Yes                   |                          |
| Claim 5 | Yes                   |                          |
| Claim 6 |                       | Yes                      |

## QUESTION NO. 2

2A. Has NobelBiz proven by a preponderance of the evidence that Global Connect indirectly infringed (either by inducement or contributorily) any of the following claims of U.S. Patent No. 8,135,122?

*Answer "Yes" or "No" on each line.*

| Claim 1 | Yes |
|---|---|
| Claim 6 | Yes |
| Claim 9 | Yes |
| Claim 16 | Yes |
| Claim 24 | Yes |

2B. Has NobelBiz proven by a preponderance of the evidence that Global Connect indirectly infringed (either by inducement or contributorily) any of the following claims of U.S. Patent No. 8,565,399?

*Answer "Yes" or "No" on each line.*

| Claim 1 | Yes |
|---|---|
| Claim 2 | Yes |
| Claim 4 | Yes |
| Claim 6 | Yes |
| Claim 7 | Yes |

2C. Has NobelBiz proven by a preponderance of the evidence that TCN indirectly infringed (either by inducement or contributorily) any of the following claims of U.S. Patent No. 8,135,122

*Answer "Yes" or "No" on each line.*

| Claim 1  | YES |
|----------|-----|
| Claim 5  | YES |
| Claim 6  | YES |
| Claim 10 | YES |
| Claim 24 | YES |

2D. Has NobelBiz proven by a preponderance of the evidence that TCN indirectly infringed (either by inducement or contributorily) any of the following claims of U.S. Patent No. 8,565,399?

*Answer "Yes" or "No" on each line.*

| Claim 1 | YES |
|---------|-----|
| Claim 2 | YES |
| Claim 4 | YES |
| Claim 5 | YES |
| Claim 6 | YES |

## QUESTION NO. 3

*If you answered "Yes" in Question 1A or 2A above, then answer Question 3A;*
*If you answered "Yes" in Question 1B or 2B above, then answer Question 3B;*
*If you answered "Yes" in Question 1C or 2C above, then answer Question 3C;*
*If you answered "Yes" in Question 1D or 2D above, then answer Question 3D;*
*If you answered "No" to all of the sub-parts of the Questions above, skip Question 3 and proceed to Question 4:*

3A. Has NobelBiz proven by clear and convincing evidence that Global Connect's infringement was willful as to U.S. Patent No. 8,135,122?

*Answer "Yes" or "No" on each line.*

|          | Willful Infringement? |
|----------|----------------------|
| Claim 1  | Yes |
| Claim 6  | Yes |
| Claim 9  | Yes |
| Claim 16 | Yes |
| Claim 24 | Yes |

3B. Has NobelBiz proven by clear and convincing evidence that Global Connect's infringement was willful as to U.S. Patent No. 8,565,399?

*Answer "Yes" or "No" on each line.*

|         | Willful Infringement? |
|---------|----------------------|
| Claim 1 | Yes |
| Claim 2 | Yes |
| Claim 4 | Yes |
| Claim 6 | Yes |
| Claim 7 | Yes |

3C. Has NobelBiz proven by clear and convincing evidence that TCN's infringement was willful as to U.S. Patent No. 8,135,122?

*Answer "Yes" or "No" on each line.*

|          | Willful Infringement? |
|----------|----------------------|
| Claim 1  | Yes |
| Claim 5  | Yes |
| Claim 6  | Yes |
| Claim 10 | Yes |
| Claim 24 | Yes |

3D. Has NobelBiz proven by clear and convincing evidence that TCN's infringement was willful as to U.S. Patent No. 8,565,399?

*Answer "Yes" or "No" on each line.*

|         | Willful Infringement? |
|---------|----------------------|
| Claim 1 | Yes |
| Claim 2 | Yes |
| Claim 4 | Yes |
| Claim 5 | Yes |
| Claim 6 | Yes |

## QUESTION NO. 4

4A. Have Defendants proven by clear and convincing evidence that any of the following claims of U.S. Patent No. 8,135,122 is invalid?

*If you find the claim invalid, answer "Yes"; otherwise, answer "No." Please answer for all claims.*

| Claim 1 | NO |
|---------|----|
| Claim 5 | NO |
| Claim 6 | NO |
| Claim 9 | NO |
| Claim 10 | NO |
| Claim 16 | NO |
| Claim 24 | NO |

*If you answer "Yes" to all claims in Question 4A, do not answer Questions 5A and 5C below.*

4B. Have Defendants proven by clear and convincing evidence that any of the following claims of U.S. Patent No. 8,565,399 is invalid?

*If you find the claim invalid, answer "Yes"; otherwise, answer "No." Please answer for all claims.*

| Claim 1 | NO |
|---------|----|
| Claim 2 | NO |
| Claim 4 | NO |
| Claim 5 | NO |
| Claim 6 | NO |
| Claim 7 | NO |

*If you answer "Yes" to all claims in Question 4B, do not answer Questions 5B and 5D below.*

**QUESTION NO. 5**:

*If you answered "Yes" in Question 1A or 2A above, then answer Question 5A;*
*If you answered "Yes" in Question 1B or 2B above, then answer Question 5B;*
*If you answered "Yes" in Question 1C or 2C above, then answer Question 5C;*
*If you answered "Yes" in Question 1D or 2D above, then answer Question 5D.*

5A. What amount is NobelBiz entitled to recover for Global Connect's infringement of U.S. Patent No. 8,135,122?

$ ~~169,024.03~~ JN    566,395.08

5B. What amount is NobelBiz entitled to recover for Global Connect's infringement of U.S. Patent No. 8,565,399?

$ ~~169,024.03~~ JN    566,395.08

5C. What amount is NobelBiz entitled to recover for TCN's infringement of U.S. Patent No. 8,135,122?

$ 169,024.03

5D. What amount is NobelBiz entitled to recover for TCN's infringement of U.S. Patent No. 8,565,399?

$ 169,024.03

The Foreperson must sign and date this verdict form:

9/16/15
DATE

_[signature]_
FOREPERSON